**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. BELL, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-01584-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER, FILED JUNE 26, 2017<br><br>[ECF No. 10] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants C. Bell, S. Harris, R. Fischer, and Douglas for denying Plaintiff placement in a proper medical treatment facility/program for his psychiatric "cutting" disorder because they do not want Plaintiff providing enhanced outpatient (EOP) reports to attorneys for the EOP, in violation of the Eighth Amendment.

On June 26, 2017, Plaintiff filed a motion for a preliminary injunction and/or temporary restraining order requesting that the Court issue an order directing prison officials to provide him adequate mental health treatment and refrain from retaliating against him.

///

///

///

1

On the basis of good cause, Defendants shall file a response to Plaintiff's motion within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **June 30, 2017**

_____
UNITED STATES MAGISTRATE JUDGE