# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | Case No.: 1:16-cv-01584-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| C. BELL, et al., | |
| Defendants. | [ECF Nos. 10, 16] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 26, 2017, Plaintiff filed a motion for a preliminary injunction seeking a court order directing Defendants to provide him proper treatment to treat his "cutting disorder" and to prevent retaliatory denial of such treatment. Defendants filed a response to Plaintiff's request on August 4, 2017.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 11, 2017, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motion for a preliminary injunction be denied. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within thirty days. On August 18, 2017, Plaintiff filed a reply to Defendants' response to his motion, and on August 21, 2017, Plaintiff filed objections to the Findings and

Recommendations.

In his objections, Plaintiff continues to argue that he is not being provided proper treatment for his "cutting disorder." While the Court acknowledges Plaintiff's mental health condition, the record demonstrates that he is being evaluated and treated by mental health staff at Corcoran State Prison.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 11, 2017, are adopted in full; and
2. Plaintiff's motion for a preliminary injunction is denied.

IT IS SO ORDERED.

Dated: October 25, 2017

SENIOR DISTRICT JUDGE