UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. BELL, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01584-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED RULING ON DEFENDANTS' MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT<br><br>[ECF No. 26] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for expedited ruling on Defendants' motion to declare Plaintiff a vexatious litigant, filed October 26, 2017. Plaintiff's motion must be denied.

Defendants filed their motion to declare Plaintiff a vexatious litigant on September 18, 2017, and Plaintiff filed an opposition on October 26, 2017, the same day he filed the instant motion for expedited ruling. Plaintiff is advised that pursuant to Local Rule 230(l), Defendants have seven days after the filing of an opposition to file a reply after which time the motion is deemed submitted for review. Plaintiff is further advised that the Court reviews and issues rulings on motions in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best

///

1

efforts. The Court is aware of the pendency of this case and will issue a ruling on Defendants' motion after it is submitted for review and in due course.

IT IS SO ORDERED.

Dated: __**October 27, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE