# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. BELL, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01584-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO STAY RESPONSIVE PLEADING DEADLINE PENDING RULING ON DEFENDANTS' MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT<br><br>[ECF No. 20] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 18, 2017, Defendants filed a request to stay the responsive pleading deadline pending the Court's ruling on their motion to declare Plaintiff a vexatious litigant. Plaintiff has not filed an opposition and the time to do so has passed. Accordingly, Defendants' request is deemed submitted for review without oral argument. Local Rule 230(l).

Good cause having been presented, it is HEREBY ORDERED that Defendants' request to stay the current responsive pleading deadline is granted. If Defendants' vexatious litigant motion is denied, Defendants have thirty days thereafter to file a responsive pleading.

IT IS SO ORDERED.

Dated: **October 27, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1