1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | ) Case No. 1:16-cv-01584-AWI-SAB (PC) |
| Plaintiff, | ) |
| | ) ORDER DENYING PLAINTIFF'S MOTION FOR |
| v. | ) ENTRY OF DEFAULT JUDGMENT |
| C. BELL, et al., | ) [ECF No. 31] |
| Defendants. | ) |
| | ) |
| _____ | ) |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for entry of default, filed January 12, 2018. Plaintiff seeks entry of default judgment against Defendants for their alleged failure file a responsive pleading within thirty days of the denial of the vexatious litigant motion.

On October 27, 2017, the Court granted Defendants' request to stay the responsive pleading deadline and granted Defendants thirty days after the final ruling on their vexatious litigant motion to file a responsive pleading.

On November 30, 2017, the undersigned issued Findings and Recommendations recommending to the district judge that Defendants' motion to declare Plaintiff a vexatious litigant be denied. (ECF No. 30.) The Findings and Recommendations are not a final order unless and until the district judge assigned to this action adopts the recommendations in full. As of today' date, no final

ruling on the pending Findings and Recommendations has been issued. Accordingly, the time period for Defendants to file a further response has not yet began, and Plaintiff's motion for entry of default judgment is denied.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE