1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN WESLEY WILLIAMS,                  )   Case No. 1:16-cv-01584-LJO-SAB (PC)
                                            )
12              Plaintiff,                  )
                                            )   ORDER ADOPTING FINDINGS AND
13        v.                                )   RECOMMENDATIONS, DENYING
                                            )   DEFENDANTS' MOTION TO DECLARE
14   C. BELL, et al.,                       )   PLAINTIFF A VEXATIOUS LITIGANT AND
                                            )   DENYING PLAINTIFF'S MOTION TO STRIKE A
15              Defendants.                 )   REPLY AS UNNECESSARY
                                            )
16                                          )   (Doc. Nos. 19, 29, 30)

17        Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42

18   U.S.C. § 1983.

19        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20   636(b)(1)(B) and Local Rule 302.  On November 30, 2017, the Magistrate Judge filed a Findings and

21   Recommendation recommending that Defendants' motion to declare Plaintiff a vexatious litigant be

22   denied.  The Findings and Recommendation was served on the parties and contained notice that

23   objections were to be filed within thirty days.  No objections were filed and the time period to do has

24   expired.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de

26   novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

27   Recommendation to be supported by the record and by proper analysis.

28   ///

                                            1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.     The Findings and Recommendation, filed on November 30, 2017, is adopted in full;

3      2.     Defendants' motion to declare Plaintiff a vexatious litigant is denied;

4      3.     Plaintiff's motion to strike the filing of a reply is denied as unnecessary because no

5 reply was filed by Defendants; and

6      4.     Within twenty (20) days from the date of service of this order, Defendants shall file a

7 further response to Plaintiff's complaint.

8

9 IT IS SO ORDERED.

10      Dated:   **March 8, 2018**           **/s/ Lawrence J. O'Neill**

11                                 UNITED STATES CHIEF DISTRICT JUDGE