UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>C. BELL, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01584-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ATTEND SETTLEMENT CONFERENCE BY VIDEO<br><br>[ECF No. 43] |

      Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

      This case is currently set for settlement conference before the undersigned on July 18, 2018, at 8:30 a.m., at the United States Courthouse in Fresno, California.

      On June 21, 2018, Plaintiff filed a motion requesting that he be allowed to appear at the settlement conference by video. (ECF No. 43.) Plaintiff asserts that he is undergoing therapeutic treatment and a transfer from his current institution will disturb such treatment.

      Generally, the Court allows inmates to appear telephonically for pretrial proceedings; however, the Court finds that settlement conferences are not productive without the ability to have face to face contact with the participants. Therefore, the Court requires the parties to personally appear for settlement conferences. The Court's past experience has demonstrated that the California Department of Corrections telephone and/or video conferencing system can be unreliable; and therefore it is

1

1 | insufficient for the purposes of conducting a settlement conference. Thus, the Court finds that it is not
2 | practicable to allow an inmate to appear by telephone or video at a settlement conference.

Plaintiff is advised that unless he chooses to dismiss his lawsuit, he is obligated to litigate this action which may necessitate, among other things, transportation from his institution to the court or other locations for proceedings. Plaintiff will only be transferred for a short period of time and will be returned to R.J. Donvovan Correctional Facility as soon as feasible.

Accordingly, Plaintiff's request to attend the settlement conference by video (ECF No. 43), is DENIED.

IT IS SO ORDERED.

Dated: **June 22, 2018**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE