FILED

JUL 18 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br>Plaintiff,<br>v.<br>C. BELL, et al.,<br>Defendants. | Case No.: 1:16-cv-01584-LJO-SAB (PC)<br><br>ORDER THAT INMATE JOHN WESLEY WILLIAMS, CDCR #V-34099 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

Plaintiff John Westley Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on July 18, 2018, and inmate John Wesley Williams, CDCR #V-34099 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 7/18/18

UNITED STATES MAGISTRATE JUDGE