UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> C. BELL, et al., <br><br> Defendants. | Case No. 1:16-cv-01584-LJO-SAB (PC) <br><br> ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY <br><br> [ECF No. 55] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 4, 2018, the Court granted Defendants' request to extend the time to respond to Plaintiff's discovery requests. (ECF No. 54.)

On September 12, 2018, Plaintiff filed objections to the Defendants' request and to the order granting such request. (ECF No. 55.)

In Defendants' September 4, 2018 motion, defense counsel declared that the parties have been discussing settlement and due to counsel's pressing workload, an additional three weeks was necessary to respond to Plaintiff's outstanding discovery requests. (Chen Decl. ¶¶ 7-9.) The Court notes that on April 4, 2018, the Court scheduled a settlement conference and stayed the proceedings for 120 days. (ECF No. 37.) On July 18, 2018, a settlement conference was conducted, but the case did not settle, and the stay was vacated. (ECF Nos. 50, 51.)

| | |
|---|---|
| 1 | Plaintiff contends his efforts to resolve this case "should not become grounds or reason to |
| 2 | delay discovery responses." (ECF No. 55 at 1.) Defense counsel's declaration was sufficient to |
| 3 | support a finding of good cause to warrant an extension of the discovery, and Plaintiff's objections |
| 4 | thereto are overruled. See Fed. R. Civ. P. 11(b). Accordingly, Plaintiff's objections to the Court's |
| 5 | September 4, 2018 order are overruled. |

IT IS SO ORDERED.

Dated: **September 13, 2018**

UNITED STATES MAGISTRATE JUDGE