UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>       Plaintiff,<br><br>    v.<br><br>C. BELL, et al.,<br><br>       Defendants. | Case No. 1:16-cv-01584-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S OCTOBER 5, 2018, MOTION ON OR BEFORE NOVEMBER 9, 2018<br><br>[ECF No. 57] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 5, 2018, Plaintiff filed a motion requesting that the Court order Defendants to stop delaying this action. (ECF No. 57.) Defendants have not filed an opposition or statement of non-opposition to Plaintiff's motion. Local Rule 230(l).

On September 4, 2018, the Court granted Defendants' request to extend the time to file responses to Plaintiff's discovery requests to September 26, 2018. (ECF No. 54.)

///
///
///
///
///

1

In his October 5, 2018, filing, Plaintiff alludes to the fact that Defendants may not have timely responded to his discovery requests. Because it is unclear whether responses to Plaintiff's discovery requests have been served, the Court hereby directs Defendants to file a response to Plaintiff's motion on or before **November 9, 2018**.

IT IS SO ORDERED.

Dated: __October 30, 2018__

UNITED STATES MAGISTRATE JUDGE