**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | Case No. 1:16-cv-01584-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| C. BELL, et al., | |
| Defendants. | [ECF Nos. 71, 73] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2019, the Magistrate Judge filed a Findings and Recommendation recommending that Plaintiff's request for preliminary injunction be denied. The Findings and Recommendation was served on the parties and contained notice that objections were to be filed within thirty days. Plaintiff filed objections on February 6, 2019.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The Findings and Recommendation, filed on January 29, 2019, is adopted in full; and

3        2.    Plaintiff's motion for a preliminary injunction is denied.

4

5    IT IS SO ORDERED.

6        Dated:    **February 7, 2019**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE
7