# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | ) Case No. 1:16-cv-01584-LJO-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DIRECTING DEFENDANTS TO SUBMIT COPY OF DEPOSITION TRANSCRIPT |
| C. BELL, et al., | ) |
| Defendants. | ) [ECF No. 83] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 12, 2019, Defendants filed a motion for summary judgment, along with a notice of submission of the complete transcript of Plaintiff's deposition. However, to date, the Court has not received a copy of the deposition. Local Rule 133(j). Accordingly, IT IS HEREBY ORDERED that Defendants shall submit a complete copy of Plaintiff's deposition by way of hard copy or email to saborders@caed.uscourts.gov within **seven (7)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 30, 2019**

UNITED STATES MAGISTRATE JUDGE

1