# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>C. BELL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01584-LJO-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON DEFENDANTS FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 105] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 24, 2019, the Court directed Defendants to file a response to Plaintiff's fourth motion for an extension of time to file an opposition to their pending motion for summary judgment. Defendants have not filed a response and the time to do so has now expired. Accordingly, within **seven (7)** days from the date of service of this order, Defendants shall show cause why sanctions should not be imposed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **November 4, 2019**

UNITED STATES MAGISTRATE JUDGE

1