UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. BELL, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01584-LJO-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME NUNC PRO TUNC TO NOVEMBER 4, 2019<br><br>[ECF Nos. 105, 107, 109] |

Plaintiff John Wesley Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 24, 2019, the Court directed Defendants to file a response to Plaintiff's October 21, 2019 motion for an extension of time to file an opposition to Defendants pending motion for summary judgment within seven days, i.e. on or before October 31, 2019.

Defendants failed to file a timely response. Therefore, on November 4, 2019, the Court issued an order to show cause why sanctions should not be imposed. (ECF No. 106.) On this same date, Defendants filed a response to the order to show cause, a motion for an extension of time nunc pro tunc, and a response to Plaintiff's October 21, 2019 motion. (ECF Nos. 107, 108, 109.) Defense counsel submits that she inadvertently overlooked the seven-day deadline imposed in the Court's October 24, 2019 order, and upon realizing her mistake she immediately prepared a response. (ECF No. 109.) Defense counsel is cautioned that a motion for an extension of time should be filed as soon

1

as the need becomes apparent not waiting for a prompt from the Court through the means of an OSC.

Good cause having been presented to the Court, it is HEREBY ORDERED that:

1. The Court's November 4, 2019 order to show cause (ECF No. 105) is DISCHARGED; and

2. Defendants' motion for an extension of time (ECF No. 107) is granted nunc pro tunc to November 4, 2018.

IT IS SO ORDERED.

Dated: **November 5, 2019**

UNITED STATES MAGISTRATE JUDGE